CITIBANK, FSB *v.* ALAN KAUFMAN ET AL.

The petition by the defendants Alan Kaufman and Laurence Kaufman for certification for appeal from the Appellate Court (AC 26797) is denied.

*Ellery E. Plotkin* and *Alan Kaufman,* pro se, in support of the petition.

*Lloyd S. Lowinger,* in opposition.

Decided January 10, 2007

RONALD RICKS *v.* COMMISSIONER OF CORRECTION

The petitioner Ronald Ricks' petition for certification for appeal from the Appellate Court, 98 Conn. App. 497 (AC 25711), is denied.

*Katherine C. Essington,* special public defender, in support of the petition.

*Gerard P. Eisenman,* senior assistant state's attorney, in opposition.

Decided January 16, 2007

GREGORY MCCLAM *v.* COMMISSIONER OF CORRECTION

The petitioner Gregory McClam's petition for certification for appeal from the Appellate Court, 98 Conn. App. 432 (AC 26704), is denied.

*Emmet P. Hibson, Jr.,* special public defender, in support of the petition.

*Kelly A. Masi,* assistant state's attorney, in opposition.

Decided January 16, 2007